IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Deb Haaland, et al.,<br><br>　　　　　Defendants. | No. CV-22-00303-TUC-SHR(L)<br>No. CV-22-00453-TUC-SHR(C)<br><br>**Order Closing Case** |

　　　Pursuant to the Court's March 31 Order granting summary judgment in favor of Defendants on all claims in this matter (Doc. 104),

　　　**IT IS ORDERED** the Clerk of Court shall enter judgment accordingly and close this case.

　　　Dated this 22nd day of April, 2025.

Honorable Scott H. Rash
United States District Judge